**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| In Re: STAY OF CIVIL PROCEEDINGS IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE IN THE ABSENCE OF AN APPROPRIATION BILL OR CONTINUING RESOLUTION BY THE UNITED STATES CONGRESS | ) ) ) ) ) ) ) ) No. 2:25-mc-00038-SHL |

**AMENDED ORDER GRANTING IN PART MOTION FOR A STAY OF PROCEEDINGS IN ALL CASES IN WHICH THE UNITED STATES ATTORNEY IS COUNSEL OF RECORD AND/OR THE UNITED STATES OF AMERICA IS A PARTY IN INTEREST**

On October 2, 2025, the Interim United States Attorney (the "U.S. Attorney") opened this miscellaneous case, with a motion to stay proceedings in all cases in which the U.S. Attorney is counsel of record and/or the United States of America is a party in interest. (ECF No. 1.) The U.S. Attorney has indicated that the appropriations act that had been funding the Department of Justice expired at the end of the day on September 30, 2025, resulting in a lapse of appropriations to the Department and most executive agencies, "including the United States Attorney's office as well as most of the agencies and agents that it represents." (Id. at PageID 1.) According to the U.S. Attorney, "[a]bsent an appropriation, Department of Justice attorneys and employees of the Civil Division of the United States Attorney's office are prohibited from working, even on a voluntary basis, except in very limited circumstances, including 'emergencies involving the safety of human life or the protection of property.'" (Id. (quoting 31 U.S.C. § 1342).) Therefore, the U.S. Attorney has requested a stay of proceedings for civil cases being handled by that office "until Congress has restored appropriations to the Department." (Id.) Based upon this motion and for good cause shown, it is hereby:

**ORDERED,** that because of the lapse of appropriations needed to fund the office of the United States Attorney for the Western District of Tennessee, all proceedings in all civil cases in which the United States Attorney is counsel of record will be stayed until such time that Congress has restored appropriations to that office, subject to the discretion of the presiding judge in the case who may determine that emergency circumstances exist that require the case to proceed forward;

**ORDERED FURTHER**, that the United States Attorney shall forthwith notify the Court in writing when Congress has appropriated funding for that office and the date upon which Civil Division attorneys and employees will be able to resume their duties; and

**ORDERED FURTHER,** that all current deadlines in civil cases affected by this Order shall be extended for a period of time commensurate with the duration of this stay or as otherwise directed by the judge overseeing the case.

**IT IS SO ORDERED,** this 20th day of October, 2025.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE