**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

In Re:  STAY OF CIVIL PROCEEDINGS IN THE
UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
IN THE ABSENCE OF AN APPROPRIATION
BILL OR CONTINUING RESOLUTION BY
THE UNITED STATES CONGRESS

Misc. Case No. 2:25-mc-00038

**MOTION TO LIFT STAY**

The undersigned counsel requests that the stay of all deadlines be lifted.

On October 3, 2025, this court granted the Government's motion to stay proceedings in civil cases due to the lapse in appropriation funding for the Department of Justice.  Accordingly, this court agreed to extend all deadlines for the parties commensurate with the duration of the lapse in appropriations which lasted 43 days.

On November 12, 2025, Congress appropriated funds for the Department of Justice and the civil attorneys have resumed their usual civil litigation functions.  Accordingly, the United States Attorney's Office requests the stay be lifted and that all current deadlines affected by the previous order be extended for a  period of time commensurate with the duration of this stay, 43 days.

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney

By:     s/STUART J. CANALE
Stuart J. Canale (BPR # 012590)
Assistant United States Attorneys
167 North Main, Suite 800
Memphis, TN  38103
901-544-4231
Stuart.canale@usdoj.gov