# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| In Re: STAY OF CIVIL PROCEEDINGS IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE IN THE ABSENCE OF AN APPROPRIATION BILL OR CONTINUING RESOLUTION BY THE UNITED STATES CONGRESS | ) ) ) ) ) ) ) No. 2:25-mc-00038-SHL |

## ORDER GRANTING MOTION TO LIFT STAY

Before the Court is the Motion to Lift Stay, filed November 13, 2025, by the United States Attorney. (ECF No. 5.) On October 3, 2025, the Court entered an Order Granting Motion for a Stay of Proceedings in All Cases in Which the United States Attorney is Counsel of Record and/or the United States of America is a Party in Interest (ECF No. 3), and amended that Order on October 20 (ECF No. 4). Those orders stayed the proceedings for civil cases being handled by Department of Justice attorneys and employees of the Civil Division of the United States Attorney's office because the appropriations act that funded the Department of Justice expired at the end of the day on September 30, 2025. (See ECF Nos. 3, 4.) The Court explained that, "because of the lapse of appropriations needed to fund the office of the United States Attorney for the Western District of Tennessee, all proceedings in all civil cases in which the United States Attorney is counsel of record will be stayed until such time that Congress has restored appropriations to that office, subject to the discretion of the presiding judge in the case who may determine that emergency circumstances exist that require the case to proceed forward." (ECF No. 4 at PageID 7.) The Court further ordered "that all current deadlines in civil cases affected

by this Order shall be extended for a period of time commensurate with the duration of this stay or as otherwise directed by the judge overseeing the case." (Id.)

The Motion now before the Court explains that, "[o]n November 12, 2025, Congress appropriated funds for the Department of Justice and the civil attorneys have resumed their usual civil litigation functions." (ECF No. 5 at PageID 8.) The United States Attorney's Office therefore requested that the stay be lifted, and "that all current deadlines affected by the previous order be extended for a period of time commensurate with the duration of this stay, 43 days." (Id.)

For good cause shown, it is therefore **ORDERED** that the stay put in place in ECF Nos. 3 & 4 is lifted and the current deadlines from the cases previously stayed by those orders shall be extended by forty-three days, unless otherwise directed by the judge overseeing the case.

**IT IS SO ORDERED,** this 14th day of November, 2025.

                                          s/ Sheryl H. Lipman
                                          SHERYL H. LIPMAN
                                          CHIEF UNITED STATES DISTRICT JUDGE